**BLANK ROME LLP**
*A Pennsylvania LLP*
Seth J. Lapidow, Esquire
Jonathan M. Korn, Esquire
New Jersey Resident Partners
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-2644
(609) 897-7284 - facsimile
Lapidow@BlankRome.com
*Attorneys for Defendant*
*Heartland Payment Systems, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MELISSA CAMPBELL, individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEARTLAND PAYMENT SYSTEMS, INC.,<br><br>Defendant. | Civil Action No.  3:16-cv-01104-PGS-DEA<br><br>*Electronically Filed*<br><br>**DEFENDANT HEARTLAND PAYMENT SYSTEMS, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that on December 19, 2016, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant Heartland Payment Systems, Inc. shall move before the Honorable Peter G. Sheridan, U.S.D.J., at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey for entry of an Order dismissing Plaintiff's First Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant shall rely upon its Memorandum of Law and the Supplemental Declaration of Seth J. Lapidow, Esquire.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

128904.06000/103948231v.1

　　　　　*/s/ Seth J. Lapidow*
**BLANK ROME LLP**
*A Pennsylvania LLP*
Seth J. Lapidow, Esquire
Jonathan M. Korn, Esquire
New Jersey Resident Partners
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-2644
(609) 897-7284 - facsimile
Lapidow@BlankRome.com
*Attorneys for Defendant*
*Heartland Payment Systems, Inc.*

Dated:  November 17, 2016